BJMWACA,S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
DANIEL FELDER, Individually                 :        ECF
and on Behalf of All Other                  :        07-CV-7407 (NRB)
Persons Similarly Situated,                 :

                        Plaintiffs,          :

        -against-                            :

YANKEE SECURITY INC., KIT PETERS            :
And JOHN DOES #1-10,                        :

                        Defendants.          :
--------------------------------------------------X



## STIPULATION AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DANIEL

FELDER, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and

Defendants YANKEE SECURITY INC. and KIT PETERS (together "Defendants"), through

their undersigned attorneys, that the Defendants' time to answer, move, or otherwise respond to

the Complaint in this matter shall be extended for 40 days from September 21, 2007 to and

including October 31, 2007 and that Defendants waive any defense based on lack of personal

jurisdiction or on improper or defective service of process.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the

Defendants, through their undersigned attorneys who state that they have been authorized to enter

this Stipulation And Tolling Agreement, that the statute of limitations period for alleged

violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals

1

purporting to be similarly situated to Plaintiff who may Opt-In to the collective action shall hereby be deemed tolled for the period of 40 days beginning , September 21, 2007 and ending October 31, 2007 (the Tolling Period") and that such Tolling Period will be extended until the date that an answer is filed by the Defendants, if it is not filed on or before October 31, 2007.

DATED: October 2, 2007

William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425; fax (212) 599-7909
Attorneys for Plaintiff

Cliff Ingber (CI 7478)
The Ingber Law Firm, PLLC
6 Stallion Trail
Greenwich, CT 06831
(203) 629-6170 ext 223; fax (203)629-3954
Attorney for Defendants

SO ORDERED THIS  11
DAY OF Octor, 2007.

_____
U.S.D.J.

2