UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL FELDER,                                          :   ECF
Individually and on Behalf of All Other Persons         :   07 CV 7407 (NRB)
Similarly Situated,                                     :
                                                        :
                              Plaintiffs,               :
                                                        :
              -against-                                 :
                                                        :
YANKEE SECURITY, INC.,                                  :
KIT PETERS AND                                          :
JOHN DOES #1-10,                                        :
                                                        :
                              Defendants.               :
----------------------------------------------------------X

## STIPULATION AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DANIEL FELDER, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendants YANKEE SECURITY, INC., and KIT PETERS (together "Defendants"), through their undersigned attorneys, that the Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for 40 days from October 31, 2007 to and including December 10, 2007 and that Defendants waive any defense based on lack of personal jurisdiction and/or improper or defective service of process.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiff who may Opt-In to the collective action shall

hereby be deemed tolled for the period of 35 days beginning, October 31, 2007 and ending December 10, 2007 (the Tolling Period") and that such Tolling Period will be extended until the date that an answer is filed by the Defendants, if it is not filed on or before December 10, 2007.

DATED: October 31, 2007

*[signature]*
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425; fax (212) 599-7909
Attorneys for Plaintiff

*[signature]*
Cliff Ingber (CI 7476)
The Ingber Law Firm, PLLC
6 Stallion Trail
Greenwich, CT 06831
(203) 629-6170 ext 223; fax (203)629-3954
Attorney for Defendants

SO ORDERED THIS 3d
DAY OF Dec., 2007.

*[signature]*
U.S.D.J.

2