UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DANIEL FELDER,

                    Plaintiff,                        **O R D E R**

           - against -                         07 Civ. 7407 (NRB)

YANKEE SECURITY INC., KIT PETERS, AND
JOHN DOES 1-10,

                    Defendants.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

        It having been reported to this Court that this case has

been settled, it is

        **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 60 days.


DATED:    New York, New York
          December 21, 2007



                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE