UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DANIEL FELDER,

             Plaintiff,

    - against -

YANKEE SECURITY INC., KIT PETERS, AND
JOHN DOES 1-10,

            Defendants.
------------------------------------X

O R D E R

07 Civ. 7407 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:    New York, New York
            December 21, 2007

                                  NAOMI REICE BUCHWALD
                             UNITED STATES DISTRICT JUDGE